UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María Alicea
      v.                                       CASE NUMBER: 97-2876 (HL)
U.S.A.

| MOTION | ORDER |
|---|---|
| **Dates Filed:** 8.26.99 Docket # 26<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting settlement conference | Denied. There is pending a motion to dismiss. If the Court denies the motion, it will schedule a settlement conference. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10.28.99<br>**Docket #** 30<br>[x] Plffs  [ ] Defts  [ ] Other<br>**Title:** Motion requesting action | Discovery is hereby stayed pending the resolution of the motion to dismiss. |

Date 2-1-00

HECTOR M. LAFFITTE
Chief U.S. District Judge


