IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARIA ALICEA

    Plaintiff(s)                    CIVIL NO. 97-2876(JAG)

    v.

UNITED STATES OF AMERICA
(Small Business Administration),

    Defendant(s)

**JUDGMENT**

On the basis of the Opinion and Order issued on this date, the Court enters judgment dismissing the Complaint with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of November, 2001.

                                      JAY A. GARCIA-GREGORY
                                      U.S. District Judge

s/cs:to ( )
attys/pts
in ICMS