UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 10 PM 12: 59

RECEIVED AND FILED

MARIA ALICEA

**Plaintiff(s)**

v.                                         CIVIL NO.  97-2876 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/12/02<br>**Title:** Motion Under Rule 60(b)<br>**Docket(s):** 46<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | Plaintiff Alicea may request a copy of the deed from the SBA. The relief requested in the motion, however, does not ask the Court to alter or amend its judgment based on "newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b)." Fed. R. Civ. P. 60(b). Accordingly, the Court cannot grant relief pursuant to Rule 60(b). |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 1204/01<br>**Title:** Motion Requesting Reconsideration<br>**Docket(s):** 45<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **DENIED.** |

Date: April 8, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


