UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2002 APR 23 AM 10: 22

RECEIVED AND FILED

MARIA ALICEA

**Plaintiff(s)**

v.   CIVIL NO.   97-2876 (JAG)

UNITED STATES OF AMERICA

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 04/08/02<br>**Title:** Motion Withdrawing Representation<br>**Docket(s):** 48<br><br>[ X ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | GRANTED. |

Date: April 19, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

